Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MANUEL NUNEZ, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-01066---GSA<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

1 **IT IS HEREBY STIPULATED** by and between Plaintiff, Natividad Gutierrez ("Plaintiff"), and Defendants, Manuel Nunez, Aracely Nunez, and Avtar Kaur Sohal dba J-R Market (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  October 10, 2014          MOORE LAW FIRM, P.C.


*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Natividad Gutierrez


*/s/ John F. Garland*
John F. Garland
Attorney for Defendants,
Manuel Nunez, Aracely Nunez, and
Avtar Kaur Sohal dba J-R Market

///
///
///
///
///
///
///
///

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

## ORDER

Based on the parties' stipulation the Court will permit the filing of an amended complaint.  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.  **IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **October 15, 2014**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE