Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>MANUEL NUNEZ, et al.,<br><br>          Defendants. | Case No. 1:14-CV-01066-GSA<br><br>NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE AS TO DEFENDANT AUGUSTIN OROZCO <u>ONLY</u>; ORDER DIRECTING THE CLERK  OF COURT TO TERMINATE DEFENDANT AUGUSTIN OROZCO FROM THE DOCKET<br><br>(Doc. 19) |

WHEREAS, Defendant Augustin Orozco has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaims or cross-claims have been filed;

Plaintiff hereby dismisses **only Defendant Augustin Orozco without prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 26, 2014                    MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Natividad Gutierrez

# ORDER

On November 24, 2014, Plaintiff Natividad Gutierrez ("Plaintiff") filed the foregoing notice of voluntary dismissal as to Defendant Augustin Orozco, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Doc. 19.

A plaintiff may voluntarily dismiss a defendant from an action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Rule 41(a)(1)(A), in relevant part, provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice."  *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995).  Rule 41(a)(1)(B) further provides that a dismissal pursuant to Rule 41(a)(1)(A) is without prejudice "[u]nless the notice or stipulation states otherwise."

A notice of dismissal under Rule 41(a)(1) is self-executing; a court order is not required to effectuate the dismissal.  *Concha,* 62 F.3d at 1506 ("The dismissal is effective on filing [of a notice pursuant to Rule 41(a)(1)] and no court order is required.").  "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice."  *Id.*  "Such a dismissal leaves the parties as though no action had been brought."  *Id.*

Here Plaintiff has filed a notice of voluntary dismissal, without prejudice, as to Defendant Augustin Orozco, before the latter has served an answer.  Therefore, pursuant to Rule 41(a)(1)(A), the dismissal, without prejudice, of Defendant Augustin Orozco was

effective upon the filing of Plaintiff's notice of voluntary dismissal.  Accordingly, the Clerk of Court is directed to terminate Defendant Augustin Orozco from the docket.

IT IS SO ORDERED.

Dated:   **November 26, 2014**                            /s/ Gary S. Austin
                                                                                UNITED STATES MAGISTRATE JUDGE