Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL NUNEZ, et al.,<br><br>　　　　Defendants. | No.  1:14-cv-01066-GSA<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Natividad Gutierrez ("Plaintiff"), and Defendants, Manuel Nunez, Aracely Nunez, and Avtar Kaur Sohal dba J-R Market (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his Second Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO STIPULATED**.

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER

Page 1

1 | Dated:  December 21, 2014            MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Natividad Gutierrez


*/s/ John F. Garland*
John F. Garland
Attorney for Defendants,
Manuel Nunez, Aracely Nunez, and
Avtar Kaur Sohal dba J-R Market


## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date of this Order.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

IT IS SO ORDERED.

Dated:  **January 7, 2015**              **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER