1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

6

7

8                    **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,            ) No. 1:14-cv-01066-GSA
                                    )
12             Plaintiff,           ) **AMENDED JOINT REQUEST FOR**
                                    ) **EXTENSION OF TIME WITHIN WHICH**
13        vs.                       ) **TO FILE DISPOSITIONAL**
                                    ) **DOCUMENTS; ORDER**
14  MANUEL NUNEZ, et al.,           )
                                    )
15                                  )
               Defendants.          )
16                                  )
                                    )
17

18     WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") filed a Notice of Settlement of

19  this action on February 10, 2015 (Dkt. 27);

20     WHEREAS, in his Notice of Settlement, Plaintiff requested until March 12, 2015 to

21  afford the parties time to complete settlement, which date the Court adopted in its Minute Order

22  as the last date to file dispositional documents (Dkt. 28);

23     WHEREAS, as a condition precedent to filing a stipulation for dismissal of prejudice of

24  the action pursuant to the terms of the settlement agreement, the settlement payment was to be

25  received by Plaintiff from Defendants Manuel Nunez, Aracely Nunez, and Avtar Kaur Sohal

26  dba J-R Market ("Defendants," and together with Plaintiff, "the Parties") on March 2, 2015;

27  however, such settlement payment has not yet been received;

28

WHEREAS, Defendants anticipate making the settlement payment promptly such that it is received by Plaintiff no later than March 25, 2015;

NOW, THEREFORE, the Parties hereby respectfully request that the time within which dispositional documents must be filed be extended to March 26, 2015.

Date: March 12, 2015                         MOORE LAW FIRM, P.C.


                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorneys for Plaintiff
                                             Natividad Gutierrez



                                             */s/ John F. Garland*
                                             John F. Garland
                                             Attorneys for Defendants
                                             Manuel Nunez, Aracely Nunez, and Avtar Kaur Sohal dba J-R Market


## ORDER

The parties having so stipulated and good cause appearing, the parties' request for an extension of time to file dispositional documents is GRANTED. Plaintiff shall file dispositional documents in this case not later than March 26, 2015.

IT IS SO ORDERED.

   Dated:   **March 17, 2015**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE