Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>MANUEL NUNEZ, et al.,<br><br>    Defendants. | No.  1:14-cv-01066-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Manuel Nunez, Aracely Nunez, and Avtar Kaur Sohal dba J-R Market, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: March 26, 2015                               MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Natividad Gutierrez

*/s/ John F. Garland*
John F. Garland
Attorney for Defendants
Manuel Nunez, Aracely Nunez, and Avtar Kaur Sohal dba J-R Market

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 27, 2015**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE